JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHENGLU YE,<br><br>    Plaintiff,<br><br>    v.<br><br>USCIS LOS ANGELES ASYLUM OFFICE,<br><br>    Defendant. | No. 2:23-cv-02724-RGK-JPR<br><br>**ORDER RE:**<br>**JOINT STIPULATION [11] TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

    Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

    IT IS HEREBY ORDERED that the instant action shall be stayed until May 29, 2024.

Dated: June 5, 2023

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1